Annette C. WATKINS, Plaintiff–
Appellant,

v.

DUKE MEDICAL CENTER; Davis
Ambulatory Surgical Center,
Defendants–Appellees.

No. 14–2038.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Annette C. Watkins, Appellant Pro Se.
Charles Matthew Keen, Kimberly Joyce
Lehman, Ogletree Deakins Nash Smoak &
Stewart, PC, Raleigh, North Carolina, for
Appellees.

Before MOTZ, WYNN, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Annette C. Watkins appeals the district
court's order confirming an arbitration
award in favor of Duke Medical Center
and dismissing her § 1983 action. On ap-
peal, we confine our review to the issues
raised in the Appellant's brief. *See* 4th
Cir. R. 34(b). Because Watkins's informal
brief does not challenge the basis for the
district court's disposition, Watkins has
forfeited appellate review of the court's

order. Accordingly, we affirm the district
court's judgment. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED.*